IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER OFFORD,
    Petitioner,

vs.                                    Case No.: 4:19cv389/MW/EMT

MARK INCH, et al.,
    Respondents.
_____/

## **REPORT AND RECOMMENDATION**

    Petitioner commenced this action by filing a habeas corpus petition under 28 U.S.C. § 2254 (ECF No. 1). By order of this court dated August 19, 2019, the court directed Petitioner to either pay the $5.00 filing fee or file a motion to proceed in forma pauperis ("IFP") within thirty (30) days (ECF No. 3). Petitioner failed to submit an IFP motion or pay the filing fee by the deadline; therefore, on September 26, 2019, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now elapsed, and Petitioner has not paid the filing fee, submitted an IFP motion, or shown cause for his failure to do so.

    Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 5th day of November 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 4:19cv389/MW/EMT