# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHRISTOPHER OFFORD,**

    Petitioner,

v.                                     Case No. 4:19cv389-MW/EMT

**MARK INCH, et al.,**

    Respondents.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of this Court." The Clerk shall also close the file.

**SO ORDERED on December 4, 2019.**

                                                           **s/ MARK E. WALKER**
                                                           **Chief United States District Judge**